**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-6154**

———————

KHIDR ABDUL-KHABIR,

Plaintiff - Appellant,

versus

F. W. GREEN, Warden, Mecklenburg Correctional
Center; IRENE DUNN, Food Service Director/
Administrator, Mecklenburg Correctional
Center; LIEUTENANT LEWIS, Mecklenburg
Correctional Center; S. WETHERBEE, Registered
Nurse/Medical Department Director/Coordinator,
Mecklenburg Correctional Center; R. FLEMING,
Department of Corrections, Regional Director,

Defendants - Appellees,

and

ALL KNOWN AND UNKNOWN DEFENDANTS

Defendants.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Jerome B. Friedman, District
Judge. (CA-02-894-02)

———————

Submitted: March 12, 2004          Decided: March 29, 2004

———————

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

Khidr Abdul-Khabir, Appellant Pro Se.  Richard Carson Vorhis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Michael Eugene Ornoff, ORNOFF & ARNOLD, P.C., Virginia Beach, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Khidr Abdul-Khabir appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Abdul-Khabir v. Green</u>, No. CA-02-894-02 (E.D. Va. Dec. 15, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>